■ EDUARDA RIVERA, Respondent, v. PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.— Judgment unanimously reversed on the ground of excessiveness of the verdict and a new trial ordered, with costs to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $10,000, in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of ANNETTE H. SLAFF, Respondent, against MAURICE M. SLAFF, Judgment-Debtor. GUYON-FRIEDMAN EMPLOYEES PENSION PLAN et al., Third-Parties-Appellants.— Upon the settlement of the order on this appeal, the third-party appellants, trustees of the Pension Fund, contend that the amount directed to be turned over, computed on the basis of interest at 3% per annum, was improper. This contention is raised for the first time despite the fact that throughout the proceedings interest was concededly credited to the husband. The trustees now say this was done in error. In order to ascertain the proper amount payable to the wife it would seem advisable that the matter be remitted to Special Term to determine whether or not interest should be credited and after such determination to compute what amount the husband is entitled to receive under the schedule in section 4.5 (b) of the Pension Plan Agreement in accordance with our opinion. If necessary, testimony may be taken on the matters herein involved. Accordingly, the matter is remitted to Special Term for the purposes above stated. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE WILLIAMS.— Motion to dismiss appeal granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GLORIA MILES.— Motion to dismiss appeal granted on default. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK. v. MACHUEN HALL.— Motion to dismiss appeal granted on default. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES OLIVER.— Motion to dismiss appeal granted on default. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS-PETER BOWLING.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JACOB WISSENFELD.— Motion to dismiss appeal granted on default. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE O'BRIEN.— Motion to dismiss appeal granted on default. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.